## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

_____

FRANK MANCUSO and ELLEN MANCUSO,

individually and on behalf of their children,

DEANNA HEARN and THERESA BUSA,

and

F. MANCUSO BOATYARD, INC.,

doing business as ECHO BAY MARINE,

Plaintiffs,

V.

CITY OF NEW ROCHELLE,

Defendant.

Case No. 26 CV 00102

_____

| |
|---|
| Motion for reconsideration denied. Plaintiffs have not met, let alone even addressed, the strict standard required on such a motion. *Doe v. Martucci*, No. 20-CV-02331, 2024 WL 5118505, at *2 (S.D.N.Y. Dec. 16, 2024), *aff'd sub nom. Doe v. Seliger*, No. 25-159-CV, 2025 WL 3637085 (2d Cir. Dec. 16, 2025) ("Reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked—matters, in other words, that might reasonably be expected to alter the conclusion reached by the court."). The Clerk of Court is respectfully requested to terminate the pending motion. (Doc. 26).<br><br>SO ORDERED.<br><br>_____<br>Philip M. Halpern<br>United States District Judge<br><br>Dated:  White Plains, New York<br>       March 16, 2026 |

## PLAINTIFFS' MOTION FOR RECONSIDERATION OF MARCH 09, 2026 ORDER

## [DOCUMENT 25]

_____

1

Frank Mancuso, Plaintiff pro se, submits the following as a true statement based on the two primary facts set forth in the Complaint and the City of New Rochelle's misinformation, and omission of the critical points one and two of that Complaint and the reason for emergency relief based on a continued fraud on the court and RICO claims.

**POINT 1. New Rochelle misstated the fact:** The Save The Sound sewerage settlement was finalized on July 16, 2025. The Court's Order dated March 9, 2026, repeated the Defendant's misleading date of January 2015, which in any case proved the City's sewage system was decrepit during my former litigation.

**POINT 2. New Rochelle's "Lead Agency" status is a material omission** which will cause irreparable harm to children, canceling any "meritorious defense." Deliberately withholding the "Lead Agency" status affects the Court's understanding of the claim—another potential fraud and an obstruction of justice.

**POINT 3. "Spoliation of Evidence":** New Rochelle has just deleted my evidence of its Facebook page [see docket # 18] after I submitted it to the Court. (I will attach it to this). This deliberate sleight of hand is not meritorious; it's a continuous active danger to the public. Why did the City withhold this information from the Court?

**POINT 4. The 1981 transformer explosion at the Con Edison Echo Avenue Site.** New Rochelle firefighters fought a massive fire at the Con Ed site adjacent to my former boatyard, causing the formation of dioxins and putting New Rochelle on notice because of specific protective regulations set to protect firemen and the general public involving transformer fires. New Rochelle knew there were no sewer connections on that property and the dioxins would enter my property and the bay, a fact all parties ignored up until now, which changes the entire remediation scenario to be far more protective and costly.

2

## THE EMERGENCY

By the dates scheduled by the Court—my response by May 22, 2026—children will once again be fishing there, swimming there, and digging for treasure in that toxic dioxin- and PCB-laced mud. The City as "Lead Agency" is still fraudulently concealing its knowledge of dioxins, making this potentially a deadly case because by then the so-called remediation will unsettle localized "hot spots," making them homogeneous throughout the area where children will be. Children are not props for New Rochelle's profit motive. It's unconscionable.

My former litigation proved to the USEPA there were PCBs on my property, prompting further cleanups, for which I was awarded the EPA's highest civilian award. The NYSDEC acknowledged my findings of secret tunnels used to dump dioxins and PCBs into the waters and saturated the mud there, and ordered the removal of all those hidden underground structures. [See the exhibit film I provided].

I informed the Daily News on Ground Zero right after the 9/11 attack that 450,000 gallons of PCB oil was burning under Building #7 from an illegal Con Edison substation, which melted the steel girders and caused the building to collapse into the pit and burn for days, causing dioxins to form. That information resulted from the discovery in my litigation and was in the Second Circuit Court of Appeals at that moment. The Daily News was awarded a Pulitzer Prize for that story and likely saved many lives, but unfortunately not all. [See photo affixed].

Dioxin is the toxic ingredient in Agent Orange and has remained unaddressed in all these years there due to the huge expense in properly remediating it as may happen here without judicial intervention. The Echo Bay dioxin issue changes the entire dynamics of the situation there.

My factual allegations are true, docketed, and purposely omitted by the City, which once again is using the Courts to further its goal to develop the area, escape liability, and profit by its

3

malicious deeds. The May 22, 2026, deadline is unprotective of people as the warm weather and remediation will coincide.

I'm respectfully asking the Court to be protective of the people and children, to protect them from a fate that befell my family as the evidence will prove. Block New Rochelle's misdeeds, unjust enrichment, its RICO enterprise, and reckless endangerment to children before it's too late.

Frank Mancuso Plaintiff Pro se.

March 11, 2026

4

 

**New Rochelle Mayor Yadira Ramos-Herbert · Follow**

Jul 23, 2025 · 🌐

Incredibly rewarding to start my morning at 5 Islands to see the moment our SYEP were able to wade in the water. Grateful for all the partners that made this possible!

   

Exhibit W Page 1



Exhibit W Page 2



Exhibit W Page 3

**ANTHRAX:** *Spores found at giant midtown post office*

**COLLAPSE:** *Deadly scaffold was erected illegally*

4 STAR ★ ★ ★ ★ FINAL

# DAILY  NEWS

NEW YORK'S HOMETOWN NEWSPAPER

Friday, October 26, 2001

50¢    www.nydailynews.com

## EXCLUSIVE

### Levels of benzene, dioxin, PCBs and other dangerous chemicals at Ground Zero busting federal standards

# TOXIC ZONE



**SEE JUAN GONZALEZ ON PAGES 2 & 3**

Plaintiff Frank Mancuso:

720 Tower Hill Rd.

Millbrook, NY 12545

(845)605-2537

horsedrag@aol.com

26 CV 00102