Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Application granted in part. The time for Plaintiffs to file opposition to the pending motion to dismiss is extended 60 days to July 7, 2026.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        April 14, 2026

**Re: Mancuso et al v. City of New Rochelle, No. 7:26-CV-00102**

**Subject: Letter Motion for Emergency Stay of Proceedings Due to Family Emergency**

Dear Judge Halpern:

I am the Plaintiff pro se in the above-referenced matter. I am writing to respectfully request an immediate **stay of all proceedings for sixty (60) days**, or in the alternative, a sixty-day extension of my deadline to file an Opposition to the Defendant's Motion to Dismiss.

I am currently facing a grave family emergency. My wife is in hospice care and her passing is imminent. Given these circumstances, I am unable to focus on the complex legal requirements of this case or meet the current briefing schedule.

I respectfully request that the Court "freeze" all deadlines to allow me the necessary time to attend to my family. I will notify the Court as soon as I am able to resume this litigation.

Thank you for your time and for your compassion during this difficult period.

Respectfully submitted,

Frank Mancuso

Plaintiff Pro Se

(845)605-2537, horsedrag@aol.com