Application denied without prejudice. Pursuant to Rule 25(a)(1), a motion for substitution may be made within 90 days after service of a statement noting the death (i.e., within 90 days of July 8, 2026 (Doc. 38-1), which is October 6, 2026).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 21, 2026

Frank Mancuso
720 Tower Hill Rd.
Millbrook, New York 12545

July 17, 2026

Hon. Philip M. Halpern
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re: Mancuso, et al v. City of New Rochelle**
**Case No. 7:26-CV-00102 (PMH)**
**Subject: Letter-Motion for Temporary Stay of Proceedings**

Dear Judge Halpern:

I write respectfully as the pro se Plaintiff in the above-captioned matter to provide the Court with a status update regarding the Surrogate's Court proceedings and to respectfully request a temporary stay of proceedings for sixty (60) days.

Pursuant to this Court's Order dated July 13, 2026 (Doc. 42), the Court noted that a wrongful death claim must be pressed by a duly appointed personal representative, and that the Estate of Ellen Mancuso must be represented by licensed counsel.

In direct compliance with the Court's guidance, I am actively preparing the necessary petition and core documentation to obtain formal Letters of Administration from the Surrogate's Court in Dutchess County. Because this process requires gathering certified documents, filing formal petitions, and obtaining waivers from distributees, I anticipate it will take several weeks to secure the decree and formal letters.

Once the Surrogate's Court formally appoints me as the Administrator of the Estate, I intend to retain licensed legal counsel to formally appear, substitute into this action, and properly move to amend the operative pleading with the correct formatting required by the Local Rules.

To preserve the resources of the Court and the parties while the state court administration process is finalized, I respectfully request that the Court issue a temporary stay of all deadlines in this federal action for sixty (60) days, or until September 15, 2026.

I thank the Court for its time, consideration, and continued guidance in this matter.

Respectfully submitted,

Frank Mancuso
*Plaintiff Pro Se*
(845)605-2537
horsedrag@aol.com

cc: All Counsel of Record (via ECF)