UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
FRANK MANCUSO and ELLEN MANCUSO, individually and on behalf of their children, DEANNA HEARN and THERESA BUSA, and F. MANCUSO BOAT YARD, INC., d/b/a ECHO BAY MARINE,

Plaintiffs,

-against-

CITY OF NEW ROCHELLE,

Defendant.
---------------------------------------------------------------------X

Case No.:7:26-cv-00102(PMH)

**NOTICE OF MOTION TO SUBSTITUTE PARTY AND AMEND CAPTION**

SIRS/MDMS:

PLEASE TAKE NOTICE that upon the attached affidavit of Plaintiff, FRANK MANCUSO, dated October 6, 2026, with exhibits attached thereto, the declaration of attorney Peter Sverd, Esq. dated October 6, 2026, with exhibits attached thereto, and upon all prior proceedings had heretofore herein, plaintiff will move this court, before The Hon. Philip M. Halpern, District Court Judge in Room 520 of the Hon. Charles L. Brieant Jr. Federal Building and Courthouse 300 Quarropas Street, White Plains, NY 10601 on the **6th** day of **November**, 2026 at **10:00 am** or as soon thereafter as counsel can be heard, for an order pursuant to Rule 25 (a) and 15(a) of the Federal Rules of Civil Procedure:

(1) Substituting as Party Plaintiff, "The

and instead of Party Plaintiff "Ellen Mancuso."

(2) Directing the Court Clerk to Amend

Application denied without prejudice for failure to comply with this Court's rules which require a pre-motion letter prior to the making of a motion. The time to file a pre-motion letter is extended to October 16, 2026, and the deadline for substitution under Rule 25(a)(1) is stayed pending further order of the Court.

SO ORDERED.

[signature]

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 7, 2026

"UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

FRANK MANCUSO individually and as Administrator of THE ESTATE OF ELLEN ANNA MANCUSO individually and on behalf of their children, DEANNA HEARN and THERESA BUSA, and F. MANCUSO BOAT YARD, INC., d/b/a ECHO BAY MARINE,

Case No.:7:26-cv-00102(PMH)

Plaintiffs,

-against-

CITY OF NEW ROCHELLE,

Defendant.

----------------------------------------------------------------------X";

(3) thereafter ordering a stay of these proceedings for not less than 30 days;

(4) along with any further relief that This Court deems just and proper.

Dated: White Plains, New York
October 6, 2026

Yours, etc.

*/s/Peter Sverd*

______________________________

Peter Sverd, Esq. (PS0406)
Law Offices of Peter Sverd, PLLC
4 Westchester Park Drive, Ste 155
White Plains, NY 10604
(646) 751-8743
psverd@sverdlawfirm.com

To: *All attorneys of record via ECF*

## CERTIFICATION OF SERVICE

I, Peter Sverd, Esq., an attorney duly admitted to practice law before the Southern District of the United States District Courts, does hereby certify that on October 6, 2026 he served the within Notice of Motion to Substitute Plaintiff-Party and to Stay the Proceedings Upon:

The Quinn Law Firm
399 Knollwood Road, Ste 220
White Plains, NY 10603
Attn: Lalit K. Loomba, Esq.
By email and ECF

Dated: White Plains, New York
October 6, 2026

*/s/ Peter Sverd*
Peter Sverd, Esq.